Catherine I. Rajwani (*Pro Hac Vice* Forthcoming)
Email: crajwani@harborlaw.com
Herling Romero (*Pro Hac Vice* Forthcoming)
Email: hromero@harborlaw.com
**THE HARBOR LAW GROUP**
300 West Main Street
Building A, Unit 1
Northborough, MA 01532
Telephone:   (508) 393-9244
Facsimile:    (508) 393-9245

Deepali A. Brahmbhatt (Bar No. 255646)
Email: dbrahmbhatt@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Plaintiff,
SIPCO, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SIPCO, LLC, a Georgia limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>TP-LINK USA CORPORATION, a California corporation,<br><br>   Defendant. | Case No. 8:20-cv-00543<br><br>**CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff SIPCO, LLC ("SIPCO") certifies and states as follows: SIPCO's parent corporation is Glocom, Inc. ("Glocom"). Glocom is not publicly traded and no publicly traded entity owns 10% or more of its stock.

Dated: March 17, 2020

**ONE LLP**
By: */s/ Deepali A. Brahmbhatt*
Deepali A. Brahmbhatt

**THE HARBOR LAW GROUP**
Catherine I. Rajwani
Herling Romero
(*Pro Hac Vice* Forthcoming)

*Attorneys for Plaintiff,*
SIPCO, LLC

**CORPORATE DISCLOSURE STATEMENT**