JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SIPCO, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, a California corporation<br><br>Defendant. | Case No. 8:20-cv-00543-JVS-KES<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL** |

ORDER RE: STIPULATION OF DISMISSAL

The Court, having considered the JOINT STIPULATION OF DISMISSAL filed by Plaintiff SIPCO, LLC and Defendant TP-LINK USA CORPORATION, (collectively, the "Parties"), and for good cause having been shown, hereby ORDERS that:

1. All claims and causes of action pending between the Parties in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a); and
2. Each party shall bear its own costs and attorneys' fees.

Dated: November 5, 2020

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA